[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13256

Non-Argument Calendar

_____

DEANDRE D. CURRINGTON,

Plaintiff-Appellant,

*versus*

MASON BYNUM,
Deputy Chief,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:23-cv-00120-MHT-SMD

_____

Before JILL PRYOR, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

DeAndre D. Currington, a state inmate proceeding *pro se*, appeals from the district court's June 5, 2023, opinion and judgment dismissing his 42 U.S.C. § 1983 case.  He was required to file a notice of appeal by July 5, 2023.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  However, his notice of appeal is deemed filed, under the prison mailbox rule, on September 22, 2024.  *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988) (explaining that a notice of appeal mailed by a *pro se* inmate through an institution's mail system is deemed filed on the date that he delivered it to institution authorities for mailing).  Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.